HUNTINGTON AND WIFE, Appellants, v. HOUSE, Respondent.

1. In a suit by husband and wife under the practice act of 1849, the affidavit of the husband is a sufficient verification of the petition.
2. It is too late to object to the verification of a petition when the case is called for trial.

### Appeal from Weston Court of Common Pleas.

Action for slander and malicious prosecution, brought by Huntington and wife against House. The petition was verified by the affidavit of Huntington for himself alone. The defendant answered. When the case was called for trial, the defendant moved to dismiss the suit as to the wife of Huntington, because the petition was not sworn to by her, nor her agent or attorney. The motion was sustained. The plaintiffs excepted, and, after a nonsuit submitted to by Huntington, appealed to this court.

*H. M. Vories*, for appellants, insisted that the verification by the affidavit of the husband was sufficient, and that, if not, the objection came too late. (Practice Act of 1849, art. 7, § 2. Alfred v. Watkins, 1 N. Y. Code Rep. 343–412, N. S.)

LEONARD, Judge. The judgment here must be reversed and the cause remanded. The affidavit of the husband was a sufficient verification of the petition. The objection, too, if other-

24—VOL. XXII.

wise well taken, ought not to have been allowed on the calling of the cause for trial. No purpose of justice can be answered by allowing a party, who has thus far waived the objection, to come forward with it at that late hour. The judgment is accordingly reversed, and the cause remanded.